222 So.2d 63

**STATE of Louisiana ex rel.
Leon PRITCHARD**

v.

**C. Murray HENDERSON, Warden Louisiana
State Penitentiary.**

No. 49828.

May 7, 1969.

In re: Leon Pritchard applying for writ of habeas corpus.

Writ refused. The showing made does not entitle relator to the relief prayed for.